# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Lawrence Zubi**            Docket No. **17MJ4191**

### Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY FERNANDES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Lawrence Zubi**, who was placed under pretrial release supervision by the **HONORABLE Judge Steven C. Mannion** sitting in the Court at **Newark, New Jersey**, on January 12, 2018, on a $500,000 bond secured by property in Englewood Cliffs, New Jersey and under the following conditions:

1. Pretrial Services supervision;
2. The defendant's travel is restricted to New Jersey, unless otherwise approved by PTS;
3. Surrender all passports and travel documents to PTS. Do not apply for any new travel documents;
4. Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedure/equipment;
5. Maintain current residence or a residence approved PTS, in Old Tappan, New Jersey;
6. Home Detention with Location Monitoring; defendant restricted to his residence at all times except for the following: employment, education, religious services, medical, substance abuse treatment or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities pre-approved by PTS;
7. No contact with Robert Castro, Jr.

Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER: **A Bail Review Hearing to be scheduled to address the defendant's noncompliance**

*Bail Review Hrg set for May 16, 2018 @ 11 AM*

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 10th day of May, 2018 and ordered filed and made a part of the records in the above case. | Executed on May 10, 2018 |
| *[signature]* STEVEN C. MANNION United States Magistrate Judge | *Kelly Fernandes* KELLY FERNANDES Senior United States Pretrial Services Officer |

RECEIVED IN THE CHAMBERS OF

**MAY 10 2018**

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.